IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| STATE OF ALABAMA ex rel. STEVEN T. MARSHALL, et al., | ) ) ) | Civil Action No. 1:16-cv-00593-CG-MU |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **DEFENDANTS' THIRD UNOPPOSED MOTION TO CONTINUE STAY OF PROCEEDINGS** |
| NATIONAL MARINE FISHERIES SERVICE, et al., | ) ) ) | |
| Defendants. | ) ) | |

Defendants, the National Marine Fisheries Service ("NMFS"), Secretary of Commerce Wilbur Ross,[1] the United States Fish and Wildlife Service ("FWS"), and Secretary of the Interior Ryan Zinke,[2] hereby move this Court to continue the stay of all proceedings in this case for an additional 60 days to permit the parties to evaluate the potential for resolution of some or all of Plaintiffs' claims. Counsel for Plaintiffs has stated that Plaintiffs will not oppose this motion.

Plaintiffs filed their Complaint, ECF No. 1, on November 29, 2016. On January 13, 2017, Defendants filed a Motion to Dismiss the Complaint for lack of jurisdiction and improper venue, ECF No. 19. On February 2, 2017, Plaintiffs filed an amended complaint, ECF No. 30, adding two plaintiffs. On February 9, 2017, Defendants filed an unopposed motion to stay proceedings for 60 days, ECF No. 31, which was granted on February 10, 2017. ECF No. 32. On April 4, 2017, Defendants filed an unopposed motion to continue the stay of proceedings for an additional 60 days. ECF No. 43. On April 5, 2017, the Court granted the motion to continue

---

[1] Pursuant to FRCP 25(d), Secretary Ross is substituted for former Secretary Pritzker.
[2] Pursuant to FRCP 25(d), Secretary Zinke is substituted for former Acting Secretary Haugrud.

the stay through June 12, 2017. ECF No. 44. On June 6, 2017, Defendants filed a second unopposed motion to continue the stay for an additional 90 days. ECF No. 45. On June 9, 2017, the Court granted the motion to continue the stay through September 11, 2017 and ordered that Defendants' response to Plaintiffs' amended complaint shall be filed no later than October 2, 2017. ECF No. 46. The Court further ordered that any response to the pending motion to intervene filed by Coastal Conservation League, Black Warrior Riverkeeper, Inc., and Defenders of Wildlife, ECF No. 37, shall be filed no later than October 2, 2017, and any reply to the response shall be filed no later than October 9, 2017. ECF No. 46.

Defendants respectfully request to continue the stay of all proceedings in this case for an additional 60 days, including a continuance of the deadlines to respond to the amended complaint and the motion to intervene. A continuation of the stay would allow the parties to evaluate the potential for resolution of some or all of Plaintiffs' claims, which could narrow the disputed issues and serve judicial and party economy. The proposed stay is limited in scope and is well within the Court's discretion to control its docket. Landis v. North American Co., 299 U.S. 248, 254 (1936) (district court has broad discretion to stay proceedings as an incident to its power to control its own docket); Ortega Trujillo v. Conover & Co. Communications, Inc., 221 F.3d 1262, 1264 (11th Cir.2000) ("A stay sometimes is authorized simply as a means of controlling the district court's docket and of managing cases before the district court.").

Accordingly, Defendants respectfully request that the Court continue the stay of all proceedings in this case for an additional 60 days, through November 10, 2017. Defendants further request that the deadline for their response to the amended complaint (ECF No. 30) be extended until December 1, 2017, 21 days after the stay expires, and that the deadline for any responses to the motion to intervene (ECF No. 37) likewise be extended until December 1, 2017.

Dated: September 8, 2017							Respectfully submitted,

JEFFREY H. WOOD,
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Asst. Section Chief

<u>/s/ *Kristen Byrnes Floom*</u>
KRISTEN BYRNES FLOOM, Senior Trial Attorney
(DC Bar No. 469615)
DEVON L. DAMIANO, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station
P. O. Box 7611
Washington, D.C.  20044-7611
(202) 305-0340 (tel.)
(202) 305-0275 (fax)

Counsel for Defendants